AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia      USDOR Case No. 3:21-mj-00032

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00178 |
| Jeffrey Grace | ) | Assigned to: Judge Faruqui, Zia M |
| | ) | Assign Date: 1/28/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*            Jeffrey Grace            ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

Date:  01/28/2021                         *[signature]*  2021.01.28 16:48:29 -05'00'
                                                *Issuing officer's signature*

City and state:       Washington, D.C.            Zia M. Faruqui, U.S. Magistrate Judge
                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                *Arresting officer's signature*

                                                *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jeffrey Grace

Known aliases:

Last known residence: 22318 NE 150th Court, Battle Ground, Washington

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 360.903.4737

Place of birth:

Date of birth: 3/20/1959

Social Security number: 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

Height: 5Ft. 7inches    Weight: 195lbs

Sex: Male    Race: White

Hair: Bald    Eyes: Blue

Scars, tattoos, other distinguishing marks: Tattoos on both arms.

History of violence, weapons, drug use: N/A

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency: Special Agent T. Michael Class Jr. - 202-309-7258

Investigative agency address: 9325 Discovery Boulevard, Manassas, Virginia 20109

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: