NRESTRAINT,

# U.S. District Court
## District of Oregon (Portland (3))
## CRIMINAL DOCKET FOR CASE #: 3:21−mj−00032−1

Case title: USA v. Grace  
Other court case number: 1:21−mj−178 District of Columbia

Date Filed: 02/04/2021

Assigned to: Unassigned

### Defendant (1)

**Jeffrey Grace**     represented by    **C. Renee Manes**  
Federal Public Defender  
101 SW Main Street  
Suite 1700  
Portland, OR 97204  
503−326−2123  
Fax: 503−326−5524  
Email: renee_manes@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) KNOWINGLY ENTERING OR REMAINING IN ANY RESTRICTED BUILDING OR GROUNDS WITHOUT LAWFUL AUTHORITY. | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Pamela Paaso** <br> DOJ–USAO <br> 1000 SW Third Avenue <br> Suite 600 <br> Portland, OR 97204–2902 <br> 503–727–1000 <br> Email: pamela.paaso@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/04/2021 | 1 | | Documents Received From Other Court as to Jeffrey Grace from District of Columbia Case No: 1:21–mj–000178 Initial Appearance is set for 2/4/2021 at 01:30PM in Portland by videoconference before the duty magistrate judge. (Attachments: # 1 Attachment Warrant, # 2 Attachment Order to Seal) (schm) (Entered: 02/04/2021) |
| 02/04/2021 | 2 | | **Minutes of Proceedings**: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings before Magistrate Judge Youlee Yim You as to Jeffrey Grace (USM #28805–509). Government's oral motion to unseal case is granted. Defendant waives an in–person appearance and consents to appear by videoconference from USM Lock–Up. Order Appointing Counsel AFPD C. Renee Manes for Jeffrey Grace for today's proceedings. Defendant proceeds as named, waived preliminary hearing and identity hearing; signed waiver forthcoming. Defendant advised of rights and waived reading of the charges. Defendant is ORDERED released on conditions at the direction of U.S. Pretrial Services to appear on 2/09/2021 at 1:00PM by video regarding charges in the District of Columbia case: 1:21–mj–00178; documents forthcoming. Counsel Present for Plaintiff: Pam Paaso. Counsel Present for Defendant: C. Renee Manes. Restraint Order: NR. (Court Reporter Jill Jessup) (pvh) (Entered: 02/04/2021) |
| 02/04/2021 | 3 | | Waiver of Preliminary Examination or Hearing pursuant to Rule 5(c)(3) by Jeffrey Grace (schm) (Entered: 02/04/2021) |
| 02/04/2021 | 4 | | **Order Setting Conditions of Release** as to Defendant Jeffrey Grace. Signed on 2/4/2021 by Magistrate Judge Youlee Yim You. (Lindberg, Rachel). (Entered: 02/04/2021) |
| 02/04/2021 | 5 | | **ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL** as to Jeffrey Grace. Signed on 2/04/2021 by Magistrate Judge Youlee Yim You. (pvh) (Entered: 02/04/2021) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:7306669@ord.uscourts.gov
Subject:Activity in Case 21-32 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

### U.S. District Court

### District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 2/4/2021 at 2:39 PM PST and filed on 2/4/2021

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 3:21-mj-00032 *SEALED* |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings before Magistrate Judge Youlee Yim You as to Jeffrey Grace (USM #28805-509). Government's oral motion to unseal case is granted. Defendant waives an in-person appearance and consents to appear by videoconference from USM Lock-Up. Order Appointing Counsel AFPD C. Renee Manes for Jeffrey Grace for today's proceedings. Defendant proceeds as named, waived preliminary hearing and identity hearing; signed waiver forthcoming. Defendant advised of rights and waived reading of the charges. Defendant is ORDERED released on conditions at the direction of U.S. Pretrial Services to appear on 2/09/2021 at 1:00PM by video regarding charges in the District of Columbia case: 1:21-mj-00178; documents forthcoming. Counsel Present for Plaintiff: Pam Paaso. Counsel Present for Defendant: C. Renee Manes. Restraint Order: NR. (Court Reporter Jill Jessup) (pvh)**


**3:21-mj-00032 *SEALED*-1 No electronic public notice will be sent because the case/entry is sealed.**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v.  ) | Case No. 3:21-mj-00032 |
| JEFFREY GRACE  ) | |
|  ) | Charging District's Case No. 1:21-mj-00178 |
| *Defendant*  ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)* __District of the District of Columbia__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 02/04/2021

Consented in presence of attorney
*Defendant's signature*

C. Renee Manes (electronic)
*Signature of defendant's attorney*

C. Renee Manes
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA
v.

Jeffrey Grace

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: 3:21-MJ-00032-1

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C § 14135a.
(3) The defendant shall immediately advise the court through Pretrial Services or defense counsel in writing of any change in address and telephone number.
(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

### Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:
- Report as directed by the U.S. Pretrial Services Office.
- Report weekly to U.S. Pretrial Services Office.
- Travel is limited to Washington unless prior approval is obtained from U.S. Pretrial Services.
- The defendant is prohibited from entering the District of Columbia.

### Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, forfeiture of bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

1

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
City, State & Zip

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
☐   Alcohol detection
☐   Drug detection
☐   Computer monitoring
The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
☒   The defendant is ORDERED released after processing.
☐   The defendant is ORDERED temporarily released.
☐   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk, Pretrial Services or judicial officer that the defendant has posted bond and/or complied with all other conditions for release including space availability at a community corrections center or residential treatment facility. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date:  February 4, 2021

_____
Signature of Judicial Officer

Youlee Yim You
U.S. Magistrate Judge
Name and Title of Judicial Officer

cc:     Defendant
        US Attorney
        US Marshal
        Pretrial Services

2

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21-mj-00032 |
| JEFFREY GRACE | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-mj-00178 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | E. Barrett Prettyman United States Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | Courtroom No.: Via Zoom |
|---|---|---|
| | | Date and Time: 2/9/2021 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: February 4, 2021

*Youlee Yim You*
*Judge's signature*

The Honorable Youlee Yim You U.S. Magistrate Judge
*Printed name and title*